United States Bankruptcy Court
Southern District of Indiana

In re:
Gary Ray Woodruff
Tamara Sue Woodruff
    Debtors

Case No. 15-00409-JJG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0756-1      User: admin      Page 1 of 2      Date Rcvd: Jan 28, 2015
                     Form ID: b9i      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
```
db/jdb         +Gary Ray Woodruff,    Tamara Sue Woodruff,
tr             +Ann M. DeLaney,    Office of Ann M. Delaney,    PO Box 441285,    Indianapolis, IN 46244-1285
13240909        Chase,    Bank One Card Services,    Elgin, IL 60124
13240911        Community Westview Hospital,    PO Box 638082,    Cincinnati, OH 45263-8082
13240912       +Courtney Gaber Attorney At Law,    517 US Hwy. 31 N.,    Greenwood, IN 46142-3932
13240915        First Merit Bank,    Attention: Bankruptcy,    Iii Cascade Plaza,    Akron, OH 44308
13240918       +GMAC Home Equity,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
13240930        Richard R. Huston,    517 US Highway 31 North,    Greenwood, IN 46142-3932
13240931        Shannon L. Melt,    517 US Highway 31 N.,    Greenwood, IN 46142-3932
13240932        St. Vincent Health,    PO Box 14000,    Belfast, ME 04915-4033
13240933        St. Vincent Heart Center,    5808 Reliable Parkway,    Chicago, IL 60686-0058
13240934        St. Vincent Hospital & Health Services,    9600 Reliable Parkway,    Chicago, IL 60686-0006
13240936        St. Vincent Medical Group,    PO Box 14000,    Belfast, ME 04915-4033
13240938        Wells Fargo Home Mortgage,    7255 Baymeadows Way,    Des Moines, IA 50306
13240939        Western Alliance Bank,    PO Box 742628,    Cincinnati, OH 45274-2628
13240940        Westview Hospital Physcians,    PO Box 637998,    Cincinnati, OH 45263-7998
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@sawinlaw.com Jan 28 2015 22:39:45     J. Andrew Sawin,
                 Sawin, Shea & Des Jardines LLC,    6100 N. Keystone Ave.,    Ste. 620,    Indianapolis, IN  46220
ust            +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Jan 28 2015 22:40:08     U.S. Trustee,
                 Office of U.S. Trustee,    101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
13240907       +EDI: APPLIEDBANK.COM Jan 28 2015 22:33:00      Applied Bank,    660 Plaza Drive,
                 Newark, DE 19702-6369
13240910        EDI: CITICORP.COM Jan 28 2015 22:33:00      Citibank/Citi Cards,    Attn: Centralized Bankruptcy,
                 PO Box 20363,    Kansas City, MO 64195
13240908       +EDI: CAPITALONE.COM Jan 28 2015 22:33:00      Capital One Bank,    Attn: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13240913       +E-mail/Text: bk_notices@familyhorizons.com Jan 28 2015 22:39:52     Family Horizons Credit,
                 6665 E 21st Street,    Indianapolis, IN 46219-2247
13240914       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jan 28 2015 22:40:40      Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
13240916       +EDI: RMSC.COM Jan 28 2015 22:33:00      GECRB/Lowes,    Attention:  Bankruptcy Department,
                 PO Box 103104,    Roswell, GA 30076-9104
13240917       +EDI: RMSC.COM Jan 28 2015 22:33:00      GECRB/Montgomery Wards,    PO Box 965005,
                 Orlando, FL 32896-5005
13240919       +EDI: CITICORP.COM Jan 28 2015 22:33:00      Goodyear/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
13240921       +EDI: HFC.COM Jan 28 2015 22:33:00      HSBC Mortgage Services,    PO Box 3425,
                 Buffalo, NY 14240-3425
13240920       +EDI: HFC.COM Jan 28 2015 22:33:00      Hsbc Bank,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
13240922        EDI: IRS.COM Jan 28 2015 22:33:00      Internal Revenue Service,    Attn: Bankruptcy Dept,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13240924       +EDI: CBSKOHLS.COM Jan 28 2015 22:33:00      Kohls/Capital One,    N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-5660
13240925       +EDI: CBSKOHLS.COM Jan 28 2015 22:33:00      Kohls/chase,    PO Box 3115,
                 Milwaukee, WI 53201-3115
13240926        E-mail/Text: med1bknotice@med1solutions.com Jan 28 2015 22:40:33     Med-1 Solutions,
                 517 US Highway 31 N,    Greenwood, IN 46142-3932
13240927       +E-mail/Text: med1bknotice@med1solutions.com Jan 28 2015 22:40:33     Med-1 Solutions, LLC,
                 517 US Highway 31 N.,    Greenwood, IN 46142-3932
13240928        E-mail/Text: med1bknotice@med1solutions.com Jan 28 2015 22:40:33     Med1 Solutions, LLC,
                 517 US Highway 31 North,    Greenwood, IN 46142-3932
13240929       +EDI: MERRICKBANK.COM Jan 28 2015 22:33:00      Merrick Bank,    Attn: Bankruptcy,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13240937       +EDI: WTRRNBANK.COM Jan 28 2015 22:33:00      Target NB,    PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13240923        Jared R. Woodruff
13240935*       St. Vincent Hospital & Health Services,    9600 Reliable Parkway,    Chicago, IL 60686-0096
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

EXHIBIT 3

```
District/off: 0756-1          User: admin              Page 2 of 2                   Date Rcvd: Jan 28, 2015
                              Form ID: b9i             Total Noticed: 36
```

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
              Ann M. DeLaney    ECFdelaney@trustee13.com, ecfdelaney@cypressmail.com
              J. Andrew Sawin    on behalf of Debtor Gary Ray Woodruff ecf@sawinlaw.com,
               sawinecf01@gmail.com;tmedinger@sawinlaw.com;ajones@sawinlaw.com
              J. Andrew Sawin    on behalf of Joint Debtor Tamara Sue Woodruff ecf@sawinlaw.com,
               sawinecf01@gmail.com;tmedinger@sawinlaw.com;ajones@sawinlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

| B9I (Official Form 9A) (Chapter 13 Case) | Case Number **15–00409–JJG–13** |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines

A chapter 13 bankruptcy case concerning the debtors listed below was filed on January 26, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

### Creditors – Do not include this notice with any document filed with the Court. See Reverse Side for Important Explanations.

Debtors (name(s) used by the debtors in the last 8 years, including married, maiden, trade, and address):
Gary Ray Woodruff                                    Tamara Sue Woodruff

| Case Number:<br>**15–00409–JJG–13** | Social Security Number(s):<br>xxx–xx–3803, xxx–xx–1090 |
|---|---|
| Attorney for debtors (name and address):<br>J. Andrew Sawin<br>Sawin, Shea & Des Jardines LLC<br>6100 N. Keystone Ave.<br>Ste. 620<br>Indianapolis, IN 46220<br>Telephone number: 317–255–2600 | Bankruptcy Trustee (name and address):<br>Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244<br>Telephone number: 317–829–7360 |

### Meeting of Creditors
Date: **February 25, 2015**            Time: **02:30 PM EST**
Location: **Rm. 416B U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204**

### Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **May 26, 2015**
For a governmental unit (except as otherwise provided in Fed.R.Bankr.P. 3002(c)(1)): **July 27, 2015**

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
April 27, 2015

**Deadline to Object to Exemptions:**
Deadline expires **30 days** after the *conclusion* of the meeting of creditors.

**Filing of Plan:**
The debtor has filed a plan. You will receive a separate notice with a copy of the plan.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204<br>Telephone number: 317–229–3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kevin P. Dempsey |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM ET | January 28, 2015 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any document filed with the court.***<br><br>**FILING REQUIREMENTS**: Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any correspondence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or http://pacer.insb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**