UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: )
)
Gary Ray Woodruff ) Case No. 15-00409-JJG-13
)
Tamara Sue Woodruff )
)

Debtor

## CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2015, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were issued electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

    Ann M DeLaney, anndelaney341@trustee13.com

    Sawin, Shea & Des Jardines, LLC, via e-mail address

    U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

    I further certify that on January 29, 2015, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were mailed by US First-Class mail, postage prepaid and properly addressed to the following:

    /s/Ann M. DeLaney, Trustee
Ann M. DeLaney, Trustee
Office of Ann M. DeLaney, Trustee
251 N. Illinois, Suite 970
Indianapolis, IN  46204
(317) 829-7360


EXHIBIT 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 15-00409-JJG-13<br>Southern District of Indiana<br>Indianapolis<br>Tue Jan 27 13:58:32 EST 2015 | Applied Bank<br>660 Plaza Drive<br>Newark, DE 19702-6369 | Capital One Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase<br>Bank One Card Services<br>Elgin, IL 60124 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Community Westview Hospital<br>PO Box 638082<br>Cincinnati, OH 45263-8082 |
| Courtney Gaber Attorney At Law<br>517 US Hwy. 31 N.<br>Greenwood, IN 46142-3932 | Family Horizons Credit<br>6665 E 21st Street<br>Indianapolis, IN 46219-2247 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave.<br>Grand Rapids, MI 49546-6253 |
| First Merit Bank<br>Attention: Bankruptcy<br>Iii Cascade Plaza<br>Akron, OH 44308 | GECRB/Lowes<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076-9104 | GECRB/Montgomery Wards<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| GMAC Home Equity<br>3451 Hammond Ave<br>Waterloo, IA 50702-5300 | Goodyear/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | HSBC Mortgage Services<br>PO Box 3425<br>Buffalo, NY 14240-3425 |
| Hsbc Bank<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-5660 |
| Kohls/chase<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Med-1 Solutions<br>517 US Highway 31 N<br>Greenwood, IN 46142-3932 | Med-1 Solutions, LLC<br>517 US Highway 31 N.<br>Greenwood, IN 46142-3932 |
| Med1 Solutions, LLC<br>517 US Highway 31 North<br>Greenwood, IN 46142-3932 | Merrick Bank<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Richard R. Huston<br>517 US Highway 31 North<br>Greenwood, IN 46142-3932 |
| Shannon L. Melt<br>517 US Highway 31 N.<br>Greenwood, IN 46142-3932 | St. Vincent Health<br>PO Box 14000<br>Belfast, ME 04915-4033 | St. Vincent Heart Center<br>5808 Reliable Parkway<br>Chicago, IL 60686-0058 |
| St. Vincent Hospital & Health Services<br>9600 Reliable Parkway<br>Chicago, IL 60686-0006 | St. Vincent Medical Group<br>PO Box 14000<br>Belfast, ME 04915-4033 | Target NB<br>PO Box 673<br>Minneapolis, MN 55440-0673 |

```
U.S. Trustee                        Wells Fargo Home Mortgage           Western Alliance Bank
Office of U.S. Trustee              7255 Baymeadows Way                 PO Box 742628
101 W. Ohio St.. Ste. 1000          Des Moines, IA 50306                Cincinnati, OH 45274-2628
Indianapolis, IN 46204-1982


Westview Hospital Physcians         Ann M. DeLaney                      Gary Ray Woodruff
PO Box 637998                       Office of Ann M. Delaney
Cincinnati, OH 45263-7998           PO Box 441285
                                    Indianapolis, IN 46244-1285


J. Andrew Sawin                     Tamara Sue Woodruff
Sawin, Shea & Des Jardines LLC
6100 N. Keystone Ave.
Ste. 620
Indianapolis, IN 46220-2430
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank/Citi Cards
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jared R. Woodruff                (d)St. Vincent Hospital & Health Services    End of Label Matrix
                                    9600 Reliable Parkway                        Mailable recipients    37
                                    Chicago, IL 60686-0096                       Bypassed recipients     2
                                                                                 Total                  39
```