United States Bankruptcy Court
Southern District of Indiana

In re:
Gary Ray Woodruff
Tamara Sue Woodruff
    Debtors

Case No. 15-00409-JJG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0756-1     User: admin     Page 1 of 2     Date Rcvd: Jun 19, 2018
                  Form ID: b3180w     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
```
db/jdb         +Gary Ray Woodruff,    Tamara Sue Woodruff,
13240909        Chase,    Bank One Card Services,    Elgin, IL 60124
13240911        Community Westview Hospital,    PO Box 638082,    Cincinnati, OH 45263-8082
13240912       +Courtney Gaber Attorney At Law,    517 US Hwy. 31 N.,    Greenwood, IN 46142-3932
13240915        First Merit Bank,    Attention: Bankruptcy,    Iii Cascade Plaza,    Akron, OH 44308
13240918       +GMAC Home Equity,    3451 Hammond Ave,    Waterloo, IA 50702-5300
13417713       +IMC CREDIT SERVICES, LLC,    PO BOX 20636,    INDIANAPOLIS, IN 46220-0636
13240930        Richard R. Huston,    517 US Highway 31 North,    Greenwood, IN 46142-3932
13240931        Shannon L. Melt,    517 US Highway 31 N.,    Greenwood, IN 46142-3932
13240932        St. Vincent Health,    PO Box 14000,    Belfast, ME 04915-4033
13240933        St. Vincent Heart Center,    5808 Reliable Parkway,    Chicago, IL 60686-0058
13240934        St. Vincent Hospital & Health Services,    9600 Reliable Parkway,    Chicago, IL 60686-0006
13240936        St. Vincent Medical Group,    PO Box 14000,    Belfast, ME 04915-4033
13240938        Wells Fargo Home Mortgage,    7255 Baymeadows Way,    Des Moines, IA 50306
13240939        Western Alliance Bank,    PO Box 742628,    Cincinnati, OH 45274-2628
13240940        Westview Hospital Physcians,    PO Box 637998,    Cincinnati, OH 45263-7998
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13240907       +EDI: APPLIEDBANK.COM Jun 20 2018 03:53:00     Applied Bank,    660 Plaza Drive,
                Newark, DE 19702-6369
13240910        EDI: CITICORP.COM Jun 20 2018 03:53:00     Citibank/Citi Cards,    Attn: Centralized Bankruptcy,
                PO Box 20363,    Kansas City, MO 64195
13240908       +EDI: CAPITALONE.COM Jun 20 2018 03:53:00     Capital One Bank,    Attn: Bankruptcy Dept.,
                PO Box 30285,    Salt Lake City, UT 84130-0285
13387512        EDI: BL-BECKET.COM Jun 20 2018 03:53:00     Capital One NA,    c/o Becket and Lee LLP,
                POB 3001,    Malvern PA 19355-0701
13343716       +E-mail/Text: bankruptcy@cavps.com Jun 20 2018 00:14:35     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13240913       +E-mail/Text: bk_notices@familyhorizons.com Jun 20 2018 00:13:41     Family Horizons Credit,
                6665 E 21st Street,    Indianapolis, IN 46219-2247
13240914       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 20 2018 00:14:52     Fifth Third Bank,
                Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
13240916       +EDI: RMSC.COM Jun 20 2018 03:53:00     GECRB/Lowes,    Attention: Bankruptcy Department,
                PO Box 103104,    Roswell, GA 30076-9104
13240917       +EDI: RMSC.COM Jun 20 2018 03:53:00     GECRB/Montgomery Wards,    PO Box 965005,
                Orlando, FL 32896-5005
13240919       +EDI: CITICORP.COM Jun 20 2018 03:53:00     Goodyear/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
13240921       +EDI: HFC.COM Jun 20 2018 03:53:00     HSBC Mortgage Services,    PO Box 3425,
                Buffalo, NY 14240-3425
13346387       +EDI: HFC.COM Jun 20 2018 03:53:00     HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                Eagan, Minnesota 55121-0188
13240920       +EDI: HFC.COM Jun 20 2018 03:53:00     Hsbc Bank,    PO Box 30253,
                Salt Lake City, UT 84130-0253
13240922        EDI: IRS.COM Jun 20 2018 03:53:00     Internal Revenue Service,    Attn: Bankruptcy Dept,
                PO Box 7346,    Philadelphia, PA 19101-7346
13240924       +EDI: CBSKOHLS.COM Jun 20 2018 03:53:00     Kohls/Capital One,    N56 W 17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-5660
13240925       +EDI: CBSKOHLS.COM Jun 20 2018 03:53:00     Kohls/chase,    PO Box 3115,
                Milwaukee, WI 53201-3115
13240926        E-mail/Text: med1bknotice@med1solutions.com Jun 20 2018 00:14:38     Med-1 Solutions,
                517 US Highway 31 N,    Greenwood, IN 46142-3932
13240927       +E-mail/Text: med1bknotice@med1solutions.com Jun 20 2018 00:14:38     Med-1 Solutions, LLC,
                517 US Highway 31 N.,    Greenwood, IN 46142-3932
13240928        E-mail/Text: med1bknotice@med1solutions.com Jun 20 2018 00:14:38     Med1 Solutions, LLC,
                517 US Highway 31 North,    Greenwood, IN 46142-3932
13240929       +EDI: MERRICKBANK.COM Jun 20 2018 03:53:00     Merrick Bank,    Attn: Bankruptcy,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
13439520        EDI: PRA.COM Jun 20 2018 03:53:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk, VA 23541
13240937       +EDI: WTRRNBANK.COM Jun 20 2018 03:53:00     Target NB,    PO Box 673,
                Minneapolis, MN 55440-0673
14080394        E-mail/Text: jennifer.chacon@spservicing.com Jun 20 2018 00:15:29     U.S. Bank NA,
                c/o Select Portfolio Servicing, Inc.,    Attn: Remittance Processing,    P.O. Box 65450,
                Salt Lake City, UT 84165-0450
13366646        EDI: ECAST.COM Jun 20 2018 03:53:00     eCAST Settlement Corporation assignee of Citibank,   NA,
                POB 29262,    New York NY 10087-9262
```
                                                                  TOTAL: 24

EXHIBIT 6

```
District/off: 0756-1           User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2018
                               Form ID: b3180w          Total Noticed: 40
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13240923         Jared R. Woodruff
13240935*        St. Vincent Hospital & Health Services,    9600 Reliable Parkway,   Chicago, IL 60686-0096
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:
```
              Adam Bradley Hall    on behalf of Creditor    US Bank N.A. amps@manleydeas.com
              Ann M. DeLaney     ECFdelaney@trustee13.com,   ecfdelaney@gmail.com
              J. Andrew Sawin    on behalf of Debtor Gary Ray Woodruff ecf@sawinlaw.com,
               sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com
              J. Andrew Sawin    on behalf of Joint Debtor Tamara Sue Woodruff ecf@sawinlaw.com,
               sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com
              Richard John Shea, Jr.    on behalf of Joint Debtor Tamara Sue Woodruff ecf@sawinlaw.com,
               R57099@notify.bestcase.com
              Richard John Shea, Jr.    on behalf of Debtor Gary Ray Woodruff ecf@sawinlaw.com,
               R57099@notify.bestcase.com
              Sarah E. Barngrover     on behalf of Creditor    US Bank N.A. amps@manleydeas.com
              Stephen Kirk Andrews    on behalf of Creditor    HSBC Mortgage Services, Inc. bankruptcy@bbanda.com,
               bbanda@ecf.courtdrive.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                           TOTAL: 9
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Gary Ray Woodruff**<br>Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3803<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Tamara Sue Woodruff**<br>Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1090<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | | |
| Case number: | **15–00409–JJG–13** | | |

# Order of Discharge

12/2015

**IT IS ORDERED** that a discharge under 11 U.S.C. § 1328(a) is granted to the following debtors:

Gary Ray Woodruff                                    Tamara Sue Woodruff

Dated: **June 19, 2018**                     By the court:  /s/ Jeffrey J. Graham
                                                                    Judge, U.S. Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(f), this order does not prevent the debtors from paying any debt voluntarily.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property, special rules protect certain community property owned by the debtors' spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Debtors Gary Ray Woodruff and Tamara Sue Woodruff                                    Case number 15−00409−JJG−13

**Explanation of Bankruptcy Discharge in a Chapter 13 Case (continued)**

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

- Debts that are domestic support obligations.

- Debts for most student loans.

- Debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan.

- Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.

- Debts for most fines, penalties, forfeitures, or criminal restitution obligations.

- Some debts which the debtors did not properly list.

- Debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due.

- Debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained.

- Debts for restitution, or damages, awarded in a civil action against the debtors as a result of malicious or willful injury by the debtors that caused personal injury to an individual or the death of an individual.

- Debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a Chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**